08 NOV -3 PM 12:52

U.S. DISTRICT COURT
N.D. OF ALABAMA

CLOSED

# U.S. District Court
# Northern District of Florida (Panama City)
# CIVIL DOCKET FOR CASE #: 5:08-cv-00200-RS-MD
# Internal Use Only

CV-08-P-2061-S

| | |
|---|---|
| HESS et al v. WRIGHT PHARMA INC et al | Date Filed: 06/20/2008 |
| Assigned to: JUDGE RICHARD SMOAK | Date Terminated: 10/30/2008 |
| Referred to: MAGISTRATE JUDGE MILES DAVIS | Jury Demand: Both |
| Demand: $5,000,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1446pl Petition for Removal - Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**STOCKTON HESS**      represented by    **CARL WESLEY PITTMAN**
PITTMAN & PERRY - PANAMA CITY FL
432 MCKENZIE AVE
PO BOX 710
PANAMA CITY , FL 32401
850-784-9000
Fax: 850-763-6787
Email: wespittman@pittmanfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
JOHN C DAVIS PA - TALLAHASSEE FL
623 BEARD ST
TALLAHASSEE , FL 32303
850/222-4770
Fax: 850/222-3119
Email: john@johndavislaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TAMMY HESS**      represented by    **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: [signature] Susan Anderson
Deputy Clerk

. of 12

10/30/2008 2:01 PM

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MARGARET THOMPSON represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

BRENDA ADAMS represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JOHN ADAMS represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MARY HOLLAND
*INDIVIDUALLY*
represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARY HOLLAND**
*AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR*

represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GH, V**
*A MINOR*

represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD SLAY**

represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TAMMY SLAY**

represented by **CARL WESLEY PITTMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN CLARK DAVIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WRIGHT PHARMA INC**
*A FOREIGN CORPORATION*

represented by **CHARLES FRANKLIN BEALL , JR.**
MOORE HILL & WESTMORELAND

PA - PENSACOLA
220 W GARDEN ST - 9TH FL
PO BOX 13290
PENSACOLA , FL 32591-3290
850/434-3541
Fax: 435-7899
Email: cbeall@mhw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDGAR MEADOR ELLIOTT , IV**
CHRISTIAN & SMALL LLP -
BIRMINGHAM AL
505 20TH STREET N STE 1800
BIRMINGHAM , AL 35203
205-250-6603
Fax: 205-328-7234
Email: emelliott@csattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
MOORE HILL & WESTMORELAND
PA - PENSACOLA
220 W GARDEN ST - 9TH FL
PO BOX 13290
PENSACOLA , FL 32591-3290
850/434-3541
Fax: 850/435-7899
Email: lhill@mhw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **WRIGHT NUTRITION INC**<br>*A FOREIGN CORPORATION* | represented by | **CHARLES FRANKLIN BEALL , JR.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **EDGAR MEADOR ELLIOTT , IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **THOMAS LARRY HILL**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**WRIGHT ENRICHMENT INC**
*A FOREIGN CORPORATION*

represented by **CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDGAR MEADOR ELLIOTT , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WRIGHT HOLDINGS INC**
*A FOREIGN CORPORATION*

represented by **CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDGAR MEADOR ELLIOTT , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GLOBAL NUTRITION LLC**
*A FOREIGN CORPORATION*

represented by **CHARLES FRANKLIN BEALL , JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EDGAR MEADOR ELLIOTT , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THOMAS LARRY HILL**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TEXAMERICAN FOOD**
**MARKETING INC**
*A FOREIGN CORPORATION*
*TERMINATED: 07/14/2008*

**Defendant**
**TEXAMERICAN FOOD BLENDING**
**INC**
*A FOREIGN CORPORATION*

**Defendant**
**TOTAL BODY ESSENTIAL**     represented by **JAIME WILLIAM BETBEZE**
**NUTRITION INC**                                             HAND ARENDALL LLC - MOBILE
                                                                                AL
                                                                                RSA TOWER 11 N WATER STREET
                                                                                SUITE 30200 (36602)
                                                                                PO BOX 123
                                                                                MOBILE , AL 33601
                                                                                251/432-5511
                                                                                Fax: 694-6375
                                                                                Email: jbetbeze@handarendall.com
                                                                                *LEAD ATTORNEY*
                                                                                *ATTORNEY TO BE NOTICED*

**Defendant**
**HORIZON HEALTH CARE**     represented by **GEORGE WILLIAM HATCH , III**
**SYSTEMS INC**                                                    KUBICKI DRAPER PA -
*A FLORIDA CORPORATION*                       TALLAHASSEE FL
*doing business as*                                          106 E COLLEGE AVE - STE 1010
MEDICINE SHOPPE                                       TALLAHASSEE , FL 32301
                                                                850-222-5188
                                                                 Fax: 850-222-5108
                                                                 Email: gwh@kubickidraper.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **STUART CLARK POAGE**
                                                                 KUBICKI DRAPER PA -
                                                                 TALLAHASSEE FL
                                                                 106 E COLLEGE AVE - STE 1010
                                                                 TALLAHASSEE , FL 32301
                                                                 850-222-5188
                                                                 Fax: 850-222-5108
                                                                 Email: sp@kubickidraper.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 06/20/2008 | 1 | NOTICE OF REMOVAL - REDACTED by all defendants (Filing fee $350, Receipt #3-2038), filed by all defendants. (Attachments: # 1 Exhibit Part 1 - Redacted, # 2 Exhibit Part 2 - Redacted) (jcw) (Entered: 06/24/2008) |
| --- | --- | --- |
| 06/20/2008 | 2 | Sealed Document - Unredacted Notice of Removal - (Attachments: # 1 Exhibit Part 1 - Unredacted, # 2 Exhibit Part 2 - Unredacted) (jcw) (Entered: 06/24/2008) |
| 06/20/2008 | 3 | CIVIL COVER SHEET. (jcw) (Entered: 06/24/2008) |
| 06/20/2008 |   | Remand deadline set for **7/20/2008**. (jcw) (Entered: 06/24/2008) |
| 06/24/2008 | 4 | NOTICE TO COUNSEL: The name of the minor child has been redacted by the court. Counsel is directed to Fed. R. Civ. P. 5.2(a)(3), which requires that any electronic or paper filing with the court containing the name of any individual known to be a minor may include only the minor's initials. All future pleadings filed must comply with FRCP 5.2(a)(3). (jcw) (Entered: 06/24/2008) |
| 06/24/2008 |   | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE RICHARD SMOAK notified that action is needed Re: 1 Notice of Removal - Action Required for review purposes (jcw) (Entered: 06/24/2008) |
| 06/25/2008 | 5 | ANSWER to Complaint *(Plaintiffs' Second Amended Complaint)* by TOTAL BODY ESSENTIAL NUTRITION INC. (BETBEZE, JAIME) (jcw). (Entered: 06/25/2008) |
| 06/25/2008 | 6 | NOTICE TO COUNSEL: Re 5 Answer to Complaint filed by TOTAL BODY ESSENTIAL NUTRITION INC. The name of the minor child has been redacted by the court. Counsel is directed to Fed. R. Civ. P. 5.2(a)(3), which requires that any electronic or paper filing with the court containing the name of any individual known to be a min or may include only the minor's initials. All future pleadings filed must comply with FRCP 5.2(a)(3). (jcw) (Entered: 06/25/2008) |
| 06/27/2008 | 7 | ANSWER to Complaint with jury demand by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 06/27/2008) |
| 07/07/2008 | 8 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 07/07/2008) |
| 07/07/2008 | 9 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 07/07/2008) |

| | | |
|---|---|---|
| 07/08/2008 | 10 | ANSWER to Complaint with Jury Demand by HORIZON HEALTH CARE SYSTEMS INC. (POAGE, STUART) (jcw). (Entered: 07/08/2008) |
| 07/09/2008 | 11 | NOTICE of Appearance by EDGAR MEADOR ELLIOTT, IV on behalf of WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC, GLOBAL NUTRITION LLC (ELLIOTT, EDGAR) (Entered: 07/09/2008) |
| 07/14/2008 | 12 | ATTORNEY TIME RECORDS by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 07/14/2008) |
| 07/14/2008 | 13 | ATTORNEY TIME RECORDS - SEALED PORTION by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 07/14/2008) |
| 07/14/2008 | 14 | NOTICE of Voluntary Dismissal by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS (PITTMAN, CARL) (Entered: 07/14/2008) |
| 07/14/2008 | 15 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (jcw). (Entered: 07/14/2008) |
| 07/14/2008 | 16 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 07/14/2008) |
| 07/14/2008 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE RICHARD SMOAK notified that action is needed Re: 14 Notice of Voluntary Dismissal (jcw) (Entered: 07/14/2008) |
| 07/14/2008 | 17 | NOTICE TO COUNSEL: Re 10 Answer to Complaint, 15 Attorney Time Record. The name of the minor child has been redacted by the court. Counsel is directed to Fed. R. Civ. P. 5.2(a)(3), which requires that any electronic or paper filing with the court containing the name of any individual known to be a min or may include only the minor's initials. All future pleadings filed must comply with FRCP 5.2(a)(3). (jcw) (Entered: 07/14/2008) |
| 07/14/2008 | 18 | ORDER dropping TEXAMERICAN FOOD MARKETING INC terminated. Signed by JUDGE RICHARD SMOAK on 7/14/2008. (jcw) (Entered: 07/14/2008) |
| 07/17/2008 | 20 | NOTICE OF PLAINTIFFS' MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. §1407 (jcw) (Entered: 07/23/2008) |

| 07/18/2008 | 19 | Corporate Disclosure Statement/Certificate of Interested Persons by TOTAL BODY ESSENTIAL NUTRITION INC. (BETBEZE, JAIME) (Entered: 07/18/2008) |
|---|---|---|
| 07/29/2008 | 21 | Corporate Disclosure Statement/Certificate of Interested Persons by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC, GLOBAL NUTRITION LLC. (BEALL, CHARLES) (Entered: 07/29/2008) |
| 08/04/2008 | 22 | Corporate Disclosure Statement/Certificate of Interested Persons by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 08/04/2008) |
| 08/08/2008 | 23 | MOTION to Stay by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC, GLOBAL NUTRITION LLC. (BEALL, CHARLES) (Entered: 08/08/2008) |
| 08/08/2008 |  | Set/Reset Deadlines as to 23 MOTION to Stay. (Internal deadline for referral to judge if response not filed earlier: **8/22/2008**). (jcw) (Entered: 08/08/2008) |
| 08/12/2008 | 24 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 08/12/2008) |
| 08/12/2008 | 25 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 08/12/2008) |
| 08/12/2008 | 26 | NOTICE of Appearance by GEORGE WILLIAM HATCH, III on behalf of HORIZON HEALTH CARE SYSTEMS INC (HATCH, GEORGE) (Entered: 08/12/2008) |
| 08/13/2008 | 27 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 08/13/2008) |
| 08/13/2008 | 28 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 08/13/2008) |
| 08/15/2008 | 29 | ATTORNEY TIME RECORDS by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 08/15/2008) |

| | | |
|---|---|---|
| 08/15/2008 | 30 | ATTORNEY TIME RECORDS - SEALED PORTION by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 08/15/2008) |
| 08/15/2008 | 31 | ATTORNEY TIME RECORDS by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 08/15/2008) |
| 08/15/2008 | 32 | ATTORNEY TIME RECORDS - SEALED PORTION by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 08/15/2008) |
| 08/18/2008 | 33 | NOTICE *OF FILING ATTORNEY TIME RECORDS UNDER SEAL* by TOTAL BODY ESSENTIAL NUTRITION INC (BETBEZE, JAIME) (Entered: 08/18/2008) |
| 08/19/2008 | 34 | NOTICE TO COUNSEL: Re 33 NOTICE OF FILING ATTORNEY TIME RECORDS UNDER SEAL filed by TOTAL BODY ESSENTIAL NUTRITION INC<br>Counsel is advised that attorney time records are to be filed using the attorney time records events located under Other Documents menu. In addition, counsel is advised of new procedures regarding the filing of attorney time records. Time Record Summaries are filed under Attorney Time Records (Public Notice) and the sealed portion is filed under Attorney Time Records - Sealed Portion (Ex Parte). The requirement to send sealed attorney time records to the Clerk's Office has been removed.<br>(jcw) (Entered: 08/19/2008) |
| 08/21/2008 | 37 | ATTORNEY TIME RECORDS - SEALED PORTION by TOTAL BODY ESSENTIAL NUTRITION INC. (jcw) (Entered: 08/26/2008) |
| 08/22/2008 | 35 | RESPONSE in Opposition re 23 MOTION to Stay *and Alternatively Motion to Toll Plaintiffs' Obligation to File For Class Certification within 90 Days under Local Rule 23.1* filed by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 08/22/2008) |
| 08/22/2008 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE RICHARD SMOAK notified that action is needed Re: 35 Response in Opposition to Motion, 23 MOTION to Stay (jcw) (Entered: 08/22/2008) |
| 08/22/2008 | 36 | ORDER granting 23 Motion to Stay. Signed by JUDGE RICHARD SMOAK on 8/22/2008. (jcw) Modified on 9/2/2008 to change filed date(jcw). (Entered: 08/25/2008) |
| 09/12/2008 | 38 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 09/12/2008) |

| 09/12/2008 | 39 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 09/12/2008) |
|---|---|---|
| 09/12/2008 | 40 | ATTORNEY TIME RECORDS by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 09/12/2008) |
| 09/12/2008 | 41 | ATTORNEY TIME RECORDS - SEALED PORTION by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 09/12/2008) |
| 09/15/2008 | 42 | ATTORNEY TIME RECORDS by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 09/15/2008) |
| 09/15/2008 | 43 | ATTORNEY TIME RECORDS - SEALED PORTION by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 09/15/2008) |
| 09/15/2008 | 44 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 09/15/2008) |
| 09/15/2008 | 45 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 09/15/2008) |
| 09/30/2008 | 46 | ATTORNEY TIME RECORDS by TOTAL BODY ESSENTIAL NUTRITION INC. (BETBEZE, JAIME) (Entered: 09/30/2008) |
| 10/14/2008 | 47 | ATTORNEY TIME RECORDS by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 10/14/2008) |
| 10/14/2008 | 48 | ATTORNEY TIME RECORDS - SEALED PORTION by HORIZON HEALTH CARE SYSTEMS INC. (HATCH, GEORGE) (Entered: 10/14/2008) |
| 10/14/2008 | 49 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 10/14/2008) |
| 10/14/2008 | 50 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY |

|  |  |  |
|---|---|---|
|  |  | HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (DAVIS, JOHN) (Entered: 10/14/2008) |
| 10/14/2008 | 51 | ATTORNEY TIME RECORDS by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 10/14/2008) |
| 10/14/2008 | 52 | ATTORNEY TIME RECORDS - SEALED PORTION by MARGARET THOMPSON, BRENDA ADAMS, JOHN ADAMS, MARY HOLLAND(INDIVIDUALLY), MARY HOLLAND(AS MOTHER AND NEXT FRIEND OF G.H., V, A MINOR), GH, V, STOCKTON HESS, RICHARD SLAY, TAMMY SLAY, TAMMY HESS. (PITTMAN, CARL) (Entered: 10/14/2008) |
| 10/15/2008 | 53 | ATTORNEY TIME RECORDS by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 10/15/2008) |
| 10/15/2008 | 54 | ATTORNEY TIME RECORDS - SEALED PORTION by WRIGHT NUTRITION INC, WRIGHT ENRICHMENT INC, WRIGHT HOLDINGS INC, WRIGHT PHARMA INC. (BEALL, CHARLES) (Entered: 10/15/2008) |
| 10/28/2008 | 55 | TRANSFER REQUEST FROM NDAL (sea) (Entered: 10/30/2008) |
| 10/30/2008 | 56 | Notice of Transfer to the Northern District of Alabama re: 55 MDL Transfer Request from NDAL. (sea) (Entered: 10/30/2008) |

RECEIVED

08 NOV -3 PM 12: 51

U.S. DISTRICT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STOCKTON HESS, ET AL

VS                                                      CASE NO.  5:08cv200 RS/MD

WRIGHT PHARMA INC, ET AL

## NOTICE OF TRANSFER OUT OF DISTRICT

**To:** Clerk, United States District Court
Northern District District of Alabama
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, AL 35203

Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court and notification by your court, please find attached a certified copy of the docket sheet and the original file in said civil action.

Please acknowledge receipt on the enclosed copy of this notice of transmittal.

WILLIAM M. McCOOL, CLERK OF COURT

October 30, 2008                    s/Susan Anderson
DATE:                               Deputy Clerk: Susan Anderson


Acknowledgment:                     _____
Date received in your district:     _____
Your Case No.:                      _____